UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

In re:
    R & G Properties, Inc.,                                      Chapter 11 Case
                  Debtor.                                            # 08-10876

_____

*Appearances:*   Michelle Kainen, Esq.       Heather Z. Cooper, Esq.
                      *Kainen Law Offices, P.C.*    *Rodney E. McPhee, Esq.*
                      *White River Jct., VT*         *Kenlan, Schwiebert, Facey & Goss, P.C.*
                      *For the Debtor*               *Rutland, VT*
                                                        *For the Creditor*

### ORDER
### DENYING CREDITOR'S MOTION TO DISMISS, AND ALTERNATIVELY, FOR RELIEF FROM STAY

    Based on the reasoning set forth in the memorandum of decision of even date,

    IT IS HEREBY ORDERED that Capmark Finance Inc.'s motion (doc. # 111) to dismiss this chapter 11 case, pursuant to 11 U.S.C. § 1112(b), or alternatively, for relief from stay pursuant to § 362(d), is denied.

    SO ORDERED.

                                                                               /s/ Colleen A. Brown

Rutland, Vermont                                                Colleen A. Brown
April 16, 2009                                                 United States Bankruptcy Judge

Filed & Entered
On Docket
April 16, 2009