**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| IN RE: | Chapter 11 |
| R&G PROPERTIES, INC., | Docket No. 08-10876-cab |
| Debtor. | |

**ORDER REGARDING RECEIVER'S MOTION**
**FOR APPROVAL OF COMPENSATION FOR SERVICES RENDERED**
**AND COSTS AND EXPENSES INCURRED**

THE COURT, upon motion, and after notice and hearing, hereby ALLOWS in part Receiver John Wilking's Motion for Approval of Compensation for Services Rendered and Costs and Expenses Incurred, and hereby orders as follows:

In accordance with the Court's Findings of Fact, Conclusions of Law and Order Granting the Receiver's Application for Compensation and Expenses with Minor Reductions (Doc. 157), the Receiver's post-petition disbursements through the date of the Motion totaling $45,289.26 consisting of: (1) $36,776.30 of disbursements made by the Receiver for necessary expenses incurred in connection with Receiver's post-petition management of the Debtor's estate; and (2) $8,512.96 [1] of disbursements for Receiver's post-petition legal fees made to the Receiver's counsel, Langrock Sperry & Wool, LLP, are hereby approved pursuant to 11 U.S.C. § 523(c)(2).

SO ORDERED.

_/s/ Colleen A. Brown_

Hon. Colleen A. Brown
United States Bankruptcy Judge

Filed & Entered
On Docket
May 18, 2009

---

[1] *See* Exhibit A, Calculation of Reduction of Attorney's Fees Per Court's April 30, 2009 Order.

Calculation of Reduction of Attorney's Fees Per Court's April 30, 2009 Order

| Date | Attorney | Hourly Rate | Hours Originally Billed | Original Fee Billed | Reduced Fee Amount |
|---|---|---|---|---|---|
| 9/19/2008 | AJB | $ 200.00 | 0.25 | $50.00 | $25.00 |
| 9/22/2008 | DWC | $ 220.00 | 0.25 | $55.00 | $27.50 |
| 9/23/2008 | EMK | $ 185.00 | 0.25 | $46.25 | $23.13 |
| 9/29/2008 | AJB | $ 200.00 | 0.25 | $50.00 | $25.00 |
| 10/6/2008 | AJB | $ 200.00 | 0.25 | $50.00 | $25.00 |
| 10/17/2008 | AJB | $ 200.00 | 0.25 | $50.00 | $25.00 |
| 11/14/2008 | AJB | $ 200.00 | 0.25 | $50.00 | $25.00 |
| 11/17/2008 | AJB | $ 200.00 | 0.25 | $50.00 | $25.00 |
| 11/18/2008 | AJB | $ 200.00 | 3.00 *TRAVEL TIME | $600.00 | $300.00 |
| 11/19/2008 | AJB | $ 200.00 | 0.25 | $50.00 | $25.00 |
| 11/20/2008 | AJB | $ 200.00 | 0.25 | $50.00 | $25.00 |
| 11/24/2008 | AJB | $ 200.00 | 0.25 | $50.00 | $25.00 |
| 11/24/2008 | HFP | $ 150.00 | 0.25 | $37.50 | $18.75 |
| 12/3/2008 | AJB | $ 200.00 | 0.25 | $50.00 | $25.00 |
| **TOTALS** | | | 6.25 | **$1,238.75** | **$619.38** |

**Hourly Rates**
Alison J. Bell, Esq. (AJB)         $   200.00
David W.M. Conard, Esq. (DWC)      $   220.00
Eric M. Knudsen, Esq. (EMK)        $   185.00
Hobart F. Popick, Esq. (HFP)       $   150.00

\* The fee entry for this date is inclusive of court time.  Accordingly, three hours of travel time back and forth from Burlington to Rutland is assumed in calculating this reduction.

| | |
|---|---|
| **Original attorney's fees requested with Motion:** | $   9,132.33 |
| **Reduction of attorney's fees per Court's 4/30/09 Order:** | $      619.38 |
| **New proposed amount - attorney's fees:** | $   8,512.96 |