UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

In re:

**R & G Properties, Inc.,**          **Chapter 11 Case**
        **Debtor.**               **# 08-10876**

_____

| *Appearances:* | Michelle Kainen, Esq. | Heather Z. Cooper, Esq. | Kevin Purcell, Esq. |
|---|---|---|---|
| | Kainen Law Office, PC | Kenlan, Schwieber, Facey | Office of the U.S. Trustee |
| | White River Junction, VT | & Goss, PC | Albany, NY |
| | For the Debtor | Rutland, VT | For the U.S. Trustee |
| | | For the Moving Creditor | |

**ORDER**
**DENYING DEBTOR'S MOTION TO APPROVE ADEQUACY OF DISCLOSURE STATEMENT**

For the reasons set forth in the memorandum of decision of even date, THE COURT FINDS that the Amended Disclosure Statement fails to satisfy the adequate information standard of § 1125, because it accompanies a Plan that cannot be confirmed pursuant to 11 U.S.C. § 1129, due to improper classification of Capmark's unsecured claim.

Accordingly, IT IS HEREBY ORDERED that the Debtor's motion to approve the Amended Disclosure Statement is DENIED.

SO ORDERED.

July 6, 2009                                           _____
Rutland, Vermont                                       Colleen A. Brown
                                                       United States Bankruptcy Judge

Filed & Entered
On Docket
July 6, 2009