*Formatted for Electronic Distribution*                                    *Not for Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

In re:

    **R & G Properties, Inc.,**                                    **Chapter 11 Case**
        **Debtor.**                                            **# 08-10876**

_____

| | | |
|---|---|---|
| *Appearances:* *Michelle Kainen, Esq.* | *Heather Z. Cooper, Esq.* | *Kevin Purcell, Esq.* |
| *Kainen Law Office, PC* | *Kenlan, Schwieber, Facey* | *Office of the U.S. Trustee* |
| *White River Junction, VT* | *& Goss, PC* | *Albany, NY* |
| *For the Debtor* | *Rutland, VT* | *For the U.S. Trustee* |
| | *For the Moving Creditor* | |

## ORDER
### DENYING DEBTOR'S MOTION TO VALUE COLLATERAL AS MOOT

WHEREAS, on May 25, 2009, the Debtor filed a motion to value the collateral securing the claim of Capmark Finance, Inc. ("Capmark") at $2,455,00.00, to allow Capmark's secured claim in this amount, and to fix the interest rate on this secured claim at 6.0% (doc. # 174; hereafter the "Valuation Motion"); and

WHEREAS, on June 16, 2009, Capmark filed an objection to the Valuation Motion asserting that the Debtor had underestimated the market value of the Debtor's mobile home parks, failed to adequately account for the income stream associated with those properties, and impermissibly proposed a below-market rate of interest (doc. # 190); and requesting an Order that valued Capmark's collateral, and set the amount of Capmark's allowed secured claim, at $3,260,000, and fixing the interest rate on that secured claim at 8.35%; and

WHEREAS, earlier today an Order was entered dismissing this chapter 11 case, based upon the Court's finding that the Debtor would not be able to have a plan confirmed;

IT IS HEREBY ORDERED that the Valuation Motion is DENIED as moot.

SO ORDERED.

July 6, 2009
Rutland, Vermont

Filed & Entered
On Docket
July 6, 2009

Colleen A. Brown
United States Bankruptcy Judge