# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF VERMONT

| | |
|---|---|
| **CAPMARK FINANCE INC.,** | : |
| Appellant | : |
| | : |
| v. | :    File No. 1:09-CV-98 |
| | : |
| **R&G PROPERTIES, INC.,** | : |
| Appellee | : |

## ORDER

Upon review of Capmark Finance Inc.'s Notice Regarding Bankruptcy Court Dismissal (Paper 8), appellant's counsel is hereby ORDERED to show cause in writing, on or before January 21 2010, why this bankruptcy appeal should not be dismissed.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 14th day of January, 2010.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
Senior United States District Judge